UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>                              Petitioner,<br>    v.<br><br>JEFFREY A. UTTECHT,<br>                              Respondent. | No.  3:20-CV-5227-RAJ<br><br>~~PROPOSED~~ **ORDER ON REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 21], Petitioner Morley's Objections [Dkt. # ], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Morley's federal habeas petition under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation.

~~PROPOSED~~ ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(4) The Court dismisses the Petition and will not issue a Certificate of Appealability. Futher, Petitioner paid the filing fee. Therefore, the Court finds any request to proceed *in forma pauperis* on appeal should be denied.

**DATED** this 9th day of September, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER ADOPTING REPORT AND RECOMMENDATION- 2